Victor B. Perkins

v.

Proctor and Gamble Company

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES    AFFIDAVIT**

CASE NUMBER: 20 - 1200

I, _Victor B. Perkins_ declare that I am the (check appropriate box)

☑ Plaintiff          ☐ other _____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the _Complaint of wrongful Death_

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:     ☑ Yes     ☐ No          (If "No" go to Part 2)

   If "Yes" state the place of your incarceration _Federal Medical Center, Rochester, Minn._

   Are you employed at the institution? _No_ If "yes", what income do you receive from the institution? _____

   What is your social security number? _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_

   YOU MUST HAVE THE <u>INSTITUTION FILL OUT</u> THE CERTIFICATE PORTION OF THIS <u>AFFIDAVIT</u> SHOWING THE PAST <u>SIX MONTHS' TRANSACTIONS</u> FOR YOUR <u>PRISON ACCOUNT</u>. "A ledger sheet showing such transactions <u>also should be</u> attached."

2. Are you currently employed?          ☐ Yes     ☑ No

   a. If the answer is "Yes" state the amount of your take-home salary <u>or</u> wages and pay period and give the name and address of your <u>employer</u>.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary <u>or</u> wages and pay period and the name and address of your last <u>employer</u>.   January 2020

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes     ☒ No

   b. Rent payments, interest or dividends              ☐ Yes     ☒ No

   c. Pensions, annuities or life insurance payments    ☐ Yes     ☒ No

   d. Disability or workers compensation payments       ☐ Yes     ☒ No

   e. Gifts or inheritances                             ☐ Yes     ☒ No

   f. Any other sources                                 ☑ Yes     ☒ No

4. If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive on number___ of this form.   $300.00

5. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☑   No ☐   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

   $65.00

6. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐   No ☑

   If the answer is "yes," describe the property and state its approximate value.

7. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   None

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on ___9-3-2020___                    _____
                     (Date)                        Signature of Applicant

---

## CERTIFICATE
### (Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution:_____

_____

_____

I further certify that during the last six months the applicant's average balance was $ _____

_____
Authorized Officer of Institution

---

## ORDER OF COURT

| | |
|---|---|
| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
| _____  _____ <br> United States Judge          Date | _____  _____ <br> United States Judge          Date <br> or Magistrate |

TRULINCS 08783039 - PERKINS, VICTOR - Unit: RCH-A-B

-------------------------------------------------------------------------------------------

FROM: 08783039
TO: Legal Services
SUBJECT: ***Request to Staff*** PERKINS, VICTOR, Reg# 08783039, RCH-A-B
DATE: 09/03/2020 06:24:46 AM

To: Ms. Lundy, special U.S. Attorney
Inmate Work Assignment: unassigned

UNITED STATES DISTRICT COURT
   DISTRICT OF DELAWARE

   ---------------------------
   CASE NO. _____
   ---------------------------

Victor B. Perkins/
Wanda Givan/
Mary Givan/
Dexter Givan/
Clinton Givan/
Yul Givan,
   PLAINTIFF(S)


   -v-

Proctor and Gamble Pharmacuetical Company/
Astra Zeneca Manufacturing Company,
                    DEFENDANT(S)

-------------------------------------------------------------------------------------------

MOTION TO BE ALLOWED TO
PROCEED WITHOUT PREPAYMENT
OF COURT FEES AND COSTS

HONORABLE COURT,

        COMES NOW, movant hereinafter "Perkins" in pro se with Motion to be allowed to proceed without prepayment of
Court fees and costs, whereof, the movant is a civilly committed detainee in which he is not a "prisoner" within the meaning
of the Prisoner's Litigation Reform Act where is not required to pay Court fees and costs pursuant to Perkins v Hedricks, 340
F.3d 582, 583(8th Cir. 2003).   The movant is not required to prepay Court fees and cost in which he should be allowed to
proceed in this civil action without payment.

RESPECTFULLY SUBMITTED,

Victor B. Perkins/movant(s)

TRULINCS  08783039 - PERKINS, VICTOR - Unit: RCH-A-B

------------------------------------------------------------------------------------------------

Federal Medical Center
Rochester, Minnesota   55903