Victor B. Perkins
                         Reg. No. 08783-039  1-2
                          P.O. Box 4000
                       Federal Medical Center
                 Rochester, Minnesota 55903

                         September 4, 2020

Clerk of the Court
United States District Court
District of Delaware
844 N. King Street
Wilmington, Delaware 19801

Re: Filing Civil Action Complaint

Dear Clerk,

   Attached hereto is a copy of the plaintiff(s) civil action complaint which is submitted into the District Court for a judicial decision and review. Please file and docket the complaint in the Court and forward a copy of the docket sheet to the plaintiff(s). Your cooperation in this important matter is deeply appreciated.

Thank you,

Victor B. Perkins, et. al.,/Plaintiff(s)