IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VICTOR B. PERKINS, et al., | ) | |
| Plaintiffs, | ) ) ) ) | |
| v. | ) ) | Civ. No. 20-1200-RGA |
| PROCTOR AND GAMBLE PHARMACEUTICAL COMPANY, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 22 day of September, 2020,

the Court having considered the application to proceed in District Court without prepaying fees or costs under 28 U.S.C. § 1915;

IT IS ORDERED that the application is **GRANTED**.

DATED: 9-22-20

_____
UNITED STATES DISTRICT JUDGE